1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
6   1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
7   Facsimile: (510) 637-3724
    E-Mail: andrew.huang@usdoj.gov
8
   Attorneys for the United States
9

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                         OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,        )   CRIMINAL NO.
                                     )
15          Plaintiff,                )   07-70610 WDB
                                     )
16  v.                               )   NOTICE OF PROCEEDINGS ON
                                     )   OUT-OF-DISTRICT CRIMINAL
17  LAMAR WEBSTER,                   )   CHARGES PURSUANT TO RULES
    a/k/a "L,"                       )   5(c)(2) AND (3) OF THE FEDERAL
18                                   )   RULES OF CRIMINAL PROCEDURE
           Defendant.                 )
19  _____  )

20      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
21  Procedure that on or about October 18, 2007, the above-named defendant was arrested
22  relating to controlled substances and money laundering charges. An arrest warrant (copy
23  attached) was obtained and issued in case number CR 07-128 BLG-RFC in the District of
24  Montana, upon an
25      ☒  Indictment
26      ☐  Information
27      ☐  Criminal Complaint
28      ☐  Other (describe) _____

In that case, the defendant is charged in the attached indictment with the following violations of federal criminal law:

a. Count I charges defendant with conspiring between May 2003 and June 2004 to possess with intent to distribute over 500 grams of a substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846;

b. Count II charges defendant with possessing with intent to distribute over 500 grams of a substance containing methamphetamine in December 2003, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2;

c. Count III charges defendant with a money laundering conspiracy between April 2003 and May 2004, in violation of 18 U.S.C. §§ 1956(h) and 2; and

d. Count IV charges defendant with money laundering involving 24 specific transactions occurring between April 2003 and May 2004, in violation of 18 U.S.C. §§1956(a)(1)(A)(I) and 2.

The following maximum penalties apply for both for Counts I and II: life imprisonment with a mandatory minimum of 10 years, $4,000,000 fine, and five years supervised release, and a $100 special assessment imprisonment. Title 21 penalties may be enhanced for prior drug-related felony convictions.

The following maximum penalties apply for both Counts III and IV: 20 years imprisonment, the greater of a $500,000 fine or twice the value of the property involved in the transaction, and three years supervised release.

Date: October 19, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

ANDREW S. HUANG
Assistant U.S. Attorney

JAMES E. SEYKORA
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.
2007 SEP 24 PM 1 20
PATRICK E. DUFFY,
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 07-128 BLG- RFC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and five years supervised release) |
| LAMAR WEBSTER aka "L,"<br><br>Defendant. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II)<br>Title 21 U.S.C. § 841(a)(1), Title 18 U.S.C. § 2<br>(Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and five years supervised release) |

1

|   | MONEY LAUNDERING CONSPIRACY<br>Title 18 U.S.C. §§ 1956(h), 2 (Count III)<br>(Penalty: 20 years imprisonment, $500,000 fine, or twice the value of the property involved in the transaction, whichever is greater, and three years supervised release)<br><br>MONEY LAUNDERING (Count IV)<br>Title 18 U.S.C. §§ 1956(a)(1)(A)(I)<br>(Penalty: 20 years imprisonment, $500,000 fine, or twice the value of the property involved in the transaction, whichever is greater, and three years supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That from on or about May 2003 and before, up to June 2004 and after, at Billings, in the State and District of Montana, and elsewhere, the defendant, LAMAR WEBSTER aka "L," along with Richard Todd, Samuel Ireland, Kelly Mayes, and others both known and unknown to the Grand Jury, did knowingly and unlawfully conspire, combine, confederate, and agree to possess with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), over 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That on or about December 22, 2003, at Billings, in the State and District of Montana, the defendant, LAMAR WEBSTER aka "L," did knowingly and unlawfully possess with intent to distribute over 500 grams of a mixture or substance containing

methamphetamine, a Schedule II controlled substance, and did aid and abet in the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT III

That from on or about April 8, 2003, up to and including May 14, 2004, at Billings, in the State and District of Montana and elsewhere, the defendant, LAMAR WEBSTER aka "L," and others both known and unknown to the Grand Jury, did knowingly conspire and agree to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, in violation of 18 U.S.C. § 1956(a)(1)(A)(I), that is, the initiating or concluding of the electronic transfer of funds by Western Union, which involved the proceeds of a specified unlawful activity, being the illegal possession with intent to distribute methamphetamine, a controlled substance, and that while conducting and attempting to conduct such financial transaction, knew that the monetary instruments involved in the financial transactions represented the proceeds of some form of unlawful activity, and did aid and abet in the same, in violation of 18 U.S.C. §§ 1956(h) and 2.

## COUNT IV

That from on or about April 8, 2003, and continuing until on or about May 14, 2004, at Billings, in the State and District of Montana and elsewhere, the defendant, LAMAR WEBSTER aka "L," did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is, the initiating or concluding of the electronic transfer of funds by Western Union which involved the proceeds of a specified unlawful activity, that is, the illegal possession with intent to distribute methamphetamine, a controlled substance, and that while conducting and

attempting to conduct such financial transaction, knew that the monetary instruments involved in the financial transaction represented the proceeds of some form of unlawful activity and did aid and abet in the same, those transactions being more specifically identified below:

| DATE | SENDER | RECEIVER | AMOUNT |
|---|---|---|---|
| 04/08/03 | Shawna Todd | Richard Todd | $100.00 |
| 04/10/03 | Shawna Todd | Richard Todd | $100.00 |
| 07/19/03 | Shawna Todd | Richard Todd | $300.00 |
| 10/09/03 | Richard Todd | Roger Todd | $80.00 |
| 11/22/03 | Richard Todd | Jason Todd | $85.00 |
| 11/30/03 | Richard Todd | Kelly Mayes | $79.00 |
| 12/02/03 | Richard Todd | Shawna Todd | $2600.00 |
| 12/03/03 | Shawn Todd | Roger Todd | $200.00 |
| 12/10/03 | Jason Todd | Richard Todd | $500.00 |
| 12/13/03 | Desiree Cruse | Richard Todd | $1350.00 |
| 12/23/03 | Kelly Mayes | Lamar Webster | $300.00 |
| 12/24/03 | Richard Todd | Roger Todd | $100.00 |
| 12/27/03 | Jason Todd | Shawna Todd | $100.00 |
| 12/29/03 | Richard Todd | Kelly Mayes | $100.00 |
| 01/02/04 | Richard Todd | Roger Todd | $175.00 |
| 01/14/04 | Kelly Mayes | Roger Todd | $1000.00 |
| 01/20/04 | Richard Todd | Roger Todd | $450.00 |
| 02/14/04 | Desiree Cruse | Roger Cruse | $450.00 |
| 03/16/04 | Desiree Cruse | Kelly Mayes | $548.00 |
| 03/30/04 | Kelly Mayes | Roger Todd | $300.00 |
| 05/05/04 | Kelly Mayes | Richard Todd | $500.00 |

| 05/10/04 | Richard Todd | Roger Todd | $300.00 |
| 05/12/04 | Desiree Todd | Roger Todd | $100.00 |
| 05/14/04 | Kelly Mayes | Roger Todd | $100.00 |

in violation of 18 U.S.C. §§ 1956(a)(1)(A)(l) and 2.

    A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓
Bail NONE

# United States District Court

DISTRICT OF MONTANA, BILLINGS DIVISION

UNITED STATES OF AMERICA

v.

LAMAR WEBSTER aka "L"
3104 MEADOWBROOK DR
CONCORD, CA 94519

**WARRANT FOR ARREST**

CASE NUMBER: CR-07-128-BLG-RFC

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest LAMAR WEBSTER aka "L" and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging HIM with CONSPIRACY TO POSSESS W/INTENT TO DISTRIBUTE METHAMPHETAMINE; POSSESSION W/INTENT TO DISTRIBUTE METHAMPHETAMINE; MONEY LAUNDERING CONSPIRACY; MONEY LAUNDERING and AIDING AND ABETTING in violation of Title 21 United States Code, Section 846; 841(a)(1); and Title 18 Section 1956(h) and 1956(a)(1)(A)(I) and 2.

Assigned to: JAMES E. SEYKORA

C. Rost

C.ROST, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE
Billings, Montana



**BAIL FIXED AT NONE**

Date of Issue: 09/24/07

| RETURN | |
|---|---|
| DATE RECEIVED: | LOCATION: |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: | |
| LOCATION: | DWIGHT MACKAY UNITED STATES MARSHAL |
| BY: | Deputy U.S. Marshal |