```
1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant WEBSTER
6
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-70610 WDB |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | ALLOWING DEFENDANT |
| | ) | LAMAR WEBSTER |
| LAMAR WEBSTER, | ) | TO MAKE PHONE CALLS |
| | ) | AT ALAMEDA COUNTY |
| Defendant. | ) | SANTA RITA JAIL |
| | ) | |

TO:  SHERIFF GREGORY AHERN, ALAMEDA COUNTY, SANTA RITA JAIL, 5325 Broder Boulevard, Dublin, California, 94568,

IT IS ORDERED that inmate Lamar Webster, PFN No: ULK 797, shall be allowed to make phone calls to call Attorney Kate Alfieri at (415) 337-5100, and to brother-in-law Alex Mouton at (925) 371-8215, (Mr. Mouton is trying to raise money to retain Ms. Alfieri).

DATED: October __, 2007                          _____
                                                  WAYNE D. BRAZIL
                                                  United States Magistrate Judge