```
BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant WEBSTER
```

**FILED**
OCT 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAMAR WEBSTER,<br><br>    Defendant. | No. CR-07-70610 WDB<br><br>[PROPOSED] ORDER ALLOWING DEFENDANT LAMAR WEBSTER TO MAKE PHONE CALLS AT ALAMEDA COUNTY SANTA RITA JAIL |

TO: SHERIFF GREGORY AHERN, ALAMEDA COUNTY, SANTA RITA JAIL, 5325 Broder Boulevard, Dublin, California, 94568,

IT IS ORDERED that inmate Lamar Webster, PFN No: ULK 797, shall be allowed to make phone calls to call Attorney Kate Alfieri at (415) 337-5100, and to brother-in-law Alex Mouton at (925) 371-8215, (Mr. Mouton is trying to raise money to retain Ms. Alfieri).

DATED: October 30, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

COPY TO COUNSEL
4 cc TO USMS   FS
WDB STATS