November 13, 2007

Hon. Brazil
United States District Court
Northern District of California
1301 Clay Street, Suite 340S
Oakland, CA 94612-5217

Re: <u>U.S. v. Lamar Webster</u>, CR 07-70610 WDB

Your Honor,

This letter is to request that the detention hearing currently scheduled for November 14, 2007 be re-scheduled for November 28, 2007.

Counsel for Mr. Webster initially scheduled this date because it was available to her calendar. On November 9, 2007 the Honorable Marilyn Hall Patel efiled notice that her Court had, *sua sponte*, re-scheduled an entry of plea for 9:00 on the 14th, with the status conference to follow at 10:00 a.m. Because, as this Court is aware, I was on vacation and did not return until last night, I did not find out about the re-scheduling until today when My client and I appeared for Court.

This afternoon I received a telephone call from Hon. Patel's court that the matter has been re-scheduled again to the 10:00 calendar. For this reason, I will now be before Hon. Patel at 10:00 a.m. and will not be available for this hearing.

Lamar Webster has no objection to a continuance of this matter. I spoke with this Court's clerk and with counsel for the United States, Mr. Anthony Huang. Between all three calendars, and given the Thanksgiving holiday, the closest convenient date is Wednesday, November 28, 2007.

For the above stated reasons it is respectfully requested that the detention hearing be re-scheduled for November 28, 2007.

Sincerely,


Shana Keating