AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
LAMAR WEBSTER
aka "L"

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70610-WDB | CR-07-128 BLG-RFC | 4-07-70610-WDB | CR-07-128 BLG-RFC |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Other (specify)

**charging a violation of** Title 21 U.S.C. § 846, 841(a)(1), 2; Title 18 U.S.C. 1956(a)(1)(A)(1) 18 U.S.C. 1956(h)

**DISTRICT OF OFFENSE**
U.S. District Court, District of Montana, Billings Division

**DESCRIPTION OF CHARGES:**
Conspiracy to Possess with Intent to Distribute Methamphetamine; Possession with Intent to Distribute Methamphetamine; Money Laundering Conspiracy; Money Laundering

**CURRENT BOND STATUS:**

[ ]

[x] Other (specify)   Detention Hearing held 11/28/07 and Defendant ordered removed to District of Montana IN CUSTODY.

**Representation:**   [ ] Retained Own Counsel   [ ] Federal Defender Organization   [x] CJA Attorney   [ ] None

**Interpreter Required?**   [x] No   [ ] Yes   Language:

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/28/07
Date

_Wayne D. Brazil_
United States Judge or Magistrate Judge WAYNE D. BRAZIL

COPIES TO COUNSEL; USMS CERTIFIED COPIES
P.T. SVCS; FINANCIAL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |